FILED
ASHEVILLE, N.C.

APR 1 3 2017

U.S. DISTRICT COURT
W. DIST. OF N.C.

# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

David Eric Williams

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 1:16-po-00004-DLH-4

Dustin Randolph Dow
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s) 2
☐ pleaded guilty to violation(s)
☐ pleaded not guilty to count(s)
☐ pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date of Offense | Counts |
|---|---|---|---|
| 36 CFR 261.8(a) | Hunt bear without a license | 10/23/15 | 2 |

☒ Counts(s) 1 (is) dismissed on the motion of the United States.
☐ Violation Notice(s) (is)(are) dismissed on the motion of the United States.
☐ Found not guilty as to:

**IMPOSITION OF SENTENCE:** That the defendant be placed on SUPERVISED PROBATION for a period of ONE (1) YEAR understanding general conditions and the following SPECIAL CONDITIONS:

That the defendant be imprisoned for 5 DAYS. Defendant allowed to self-report when notified by the U. S. Marshal.

That the defendant pay a fine in the amount of $500 and $10 assessment.

Restitution in the amount of $2,232 to the North Carolina Wildlife Resource Commission. This restitution obligation is joint and several with the co-defendants.

It is further ordered that the defendant shall surrender or forfeit to the North Carolina Wildlife Resource Commission any hunting license issued to him by that Commission for a period of ONE (1) YEAR from date of judgment.

The defendant shall not obtain nor shall the commission issue to the defendant a hunting license allowing the defendant to hunt in the State of North Carolina for a period of ONE (1) YEAR.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance.

The defendant shall refrain from any unlawful use of a controlled substance and excessive use of alcohol. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter. If negative drug test, testing may terminate.

Date of Imposition of Sentence: 4/12/2017

[signature]

Title of Signing Officer
United States District Court

## RETURN

I have executed this Judgment as follows: _____

_____

at _____ Defendant delivered on _____ to _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal